UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

AARAV DIAMOND INC. *et al*,

                Plaintiffs,                      23 Civ. No. 9811 (GHW) (GS)

-against-                          **ORDER**

DIRECTOR UR MENDOZA JADDOU
*et al*,

                Defendants.
-------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      The Initial Case Management Conference scheduled for **Tuesday December 12, 2023 at 10:00a.m.** is hereby converted to a Status Conference to be held at the same date and time. The call-in information remains the same. **Please dial (646) 453-4442, Access Code: 455 264 847#**

      SO ORDERED.

DATED:    New York, New York
              December 4, 2023

_____
The Honorable Gary Stein
United States Magistrate Judge