USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
AARAV DIAMOND INC., *et al.*, :
:
Plaintiffs, :           1:23-cv-09811-GHW-GS
:
-against- :                      ORDER
:
DIRECTOR UR MENDOZA JADDOU, *et al.*, :
:
Defendants. :
:
---------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On December 4, 2023, the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than two weeks after the date of the order, or December 18, 2023. Dkt. No. 24. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's December 4, 2023, order forthwith, and in no event later than January 5, 2024.

SO ORDERED.

Dated: December 22, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge