UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AARAV DIAMOND INC., and
JAYDEEP SAVANI,

                          Plaintiffs,                          23 Civ. No. 9811 (GS)

          -against-

                                                          **VIDEO CONFERENCE**
DIRECTOR UR MENDOZA JADDOU,                                **ORDER**
SECRETARY ALEJANDRO
MAYORKAS, and LOREN K MILLER,

                          Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Conference on **Tuesday, December 10, 2024 at 2:00 p.m.** to discuss Plaintiffs' November 26, 2024 filing and Defendants' objections thereto. (Dkt. Nos. 43–45). The Parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: <u>Click here to join the meeting</u>. **Meeting ID: [297 275 932 218]  Passcode: [vr3WY6SY]**

      SO ORDERED.

DATED:    New York, New York
               December 4, 2024

                                                                  _____
                                                                  The Honorable Gary Stein
                                                                  United States Magistrate Judge